UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JASABIR SINGH GREWAL,

    Defendant.

CASE NO. CR08-382-RSL

DETENTION ORDER

<u>Offense charged</u>: Conspiracy to Export Cocaine; Forfeiture Allegations

<u>Date of Detention Hearing</u>: June 13, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

///

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant was extradited from Canada to be prosecuted in the pending case. He does not oppose detention. Defendant was not interviewed by Pretrial Services.

2. Defendant poses a risk of nonappearance due to extradition from Canada and lack of background information. He poses a risk of danger due to the nature of the pending charges and lack of background information.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the pupose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

01 DATED this 13th day of June, 2011.

02

03 _____
Mary Alice Theiler
04 United States Magistrate Judge

DETENTION ORDER
PAGE -3